UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

S.D., individually and on behalf of all others similarly situated; J.F.,

Plaintiffs - Appellees,

v.

MIKE REESE; et al.,

Defendants - Appellants,

JOHN DOES, 1-5,

Defendants.

No. 26-4872

D.C. No. 6:25-cv-01726-CL
District of Oregon,
Eugene

ORDER

Before:  COLLINS, VANDYKE, and TUNG, Circuit Judges:

The court has received Defendants-Appellants' emergency motion for stay pending appeal, which includes a request for "an immediate administrative stay" of the district court's preliminary injunction and of further proceedings in the district court pending full review of the emergency motion for a stay pending appeal.  Dkt. Nos. 3, 4.  The request for a temporary administrative stay is GRANTED.

An administrative stay is intended to "minimize harm while an appellate court deliberates" and lasts "no longer than necessary to make an intelligent decision on the motion for stay pending appeal."  *United States v. Texas*, 144 S. Ct. 797, 798-99 (2024) (Barrett, J., concurring).  An administrative stay "does not

constitute in any way a decision as to the merits of the motion for a stay pending appeal." *Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019). We "defer weighing the *Nken* factors until the motion for stay pending appeal is considered." *Nat'l Urb. League v. Ross*, 977 F.3d 698, 702 (9th Cir. 2020) (footnote omitted) (citing *Nken v. Holder*, 556 U.S. 418, 426 (2009)). Here, an administrative stay is appropriate to maintain the status quo. Accordingly, the district court's amended order on preliminary injunction (D.Ct. Dkt. 66), and further proceedings in the district court, are stayed pending further order of this court.

The court orders expedited briefing for the emergency motion for stay. The response is due August 5, 2026 at 5:00 PM PDT. The optional reply is due August 7, 2026 at 5:00 PM PDT.

The court expedites briefing for the appeal. The opening brief is due August 10, 2026. The answering brief is due August 20, 2026. The optional reply brief is due August 26, 2026. No extensions will be granted absent exceptional and compelling circumstances. Oral argument on the merits will be held in Pasadena and will be set by separate order.