UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

S.D., individually and on behalf of all others similarly situated and J.F.,

Plaintiffs - Appellees,

v.

MIKE REESE; et al.,

Defendants - Appellants,

JOHN DOES, 1-5,

Defendant.

No. 26-4872

D.C. No.
6:25-cv-01726-CL

District of Oregon,
Eugene

MANDATE

The judgment of this Court, entered September 17, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT