No. 26-4872

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

S.D. and J.F., individually and on behalf of all others similarly situated,

Plaintiffs-Appellees,

v.

MIKE REESE, et al.,

Defendants.

JOHN DOES, 1-5,

Defendants.

---

**PLAINTIFFS-APPELLEES' MOTION TO EXTEND TIME TO FILE PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Appeal from the United States District Court
for the District of Oregon

---

John Burgess, OSB No. 106498
johnburgess@civilrightsoregon.com
Carl Post, OSB No. 061058
carlpost@civilrightsoregon.com
POST BURGESS
3835 NE Hancock St., Ste. 102
Portland, OR 97212
Telephone: (971) 442-9303

Plaintiffs-Appellees respectfully move under Federal Rules of Appellate Procedure 26(b), 27, and 40(d)(1) for a fourteen-day extension, from October 1, 2026, through October 15, 2026, to file any petition for panel rehearing and rehearing en banc. This motion is supported by the declaration of counsel filed herewith.

The Court entered its published opinion and judgment on September 17, 2026, and directed that the mandate issue forthwith. Under Rule 40(d)(1), any petition for rehearing is presently due October 1, 2026. Rule 40(d)(1) permits that period to be extended by order, and Rule 26(b) authorizes the Court to extend a prescribed period for good cause.

Good cause exists for a short extension. During the week preceding the current deadline, undersigned counsel was ill and out of the office and was unable to work for much of that period. The illness was unanticipated and substantially reduced the time available within the fourteen-day rehearing period to review the published opinion, the district court's orders, the appellate record, and the controlling authorities; consult with Plaintiffs and co-counsel; and determine responsibly whether rehearing should be sought.

Counsel has now resumed work and is continuing that review and consultation. In light of the time lost to illness, counsel cannot complete the process responsibly by the current deadline without filing a protective petition

before consultation and assessment are complete. Plaintiffs therefore seek a modest fourteen-day extension through October 15, 2026. This is Plaintiffs' first request to extend the rehearing deadline, and the request is not made for delay.

The requested extension will not prejudice Defendants. The mandate has already issued. Extending the rehearing deadline does not recall or stay the mandate, reinstate the preliminary injunction, recertify the class, or otherwise alter the judgment presently in effect. If Plaintiffs later file a rehearing petition, they will accompany it with any motion concerning the mandate required by the Court's rules or post-judgment notice.

Counsel for Defendants-Appellants has been contacted and states that Defendants oppose this motion.

Because the current deadline expires today, Plaintiffs respectfully request expedited consideration of this procedural motion.

**CONCLUSION**

The Court should extend the deadline for Plaintiffs-Appellees to file any Petition for Panel Rehearing and Rehearing En Banc through October 15, 2026.

Dated: October 1, 2026

**POST BURGESS**

*/s/ John Burgess*______________
John Burgess, OSB No. 106498
johnburgess@civilrightsoregon.com

No. 26-4872

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

S.D. and J.F., individually and on behalf of all others similarly situated,

Plaintiffs-Appellees,

v.

MIKE REESE, et al.,

Defendants.

JOHN DOES, 1-5,

Defendants.

**DECLARATION OF JOHN BURGESS IN SUPPORT OF PLAINTIFFS-APPELLEES' MOTION TO EXTEND TIME TO FILE PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

Appeal from the United States District Court
for the District of Oregon

John Burgess, OSB No. 106498
johnburgess@civilrightsoregon.com
Carl Post, OSB No. 061058
carlpost@civilrightsoregon.com
POST BURGESS
3835 NE Hancock St., Ste. 102
Portland, OR 97212
Telephone: (971) 442-9303

**DECLARATION OF JOHN BURGESS**

I, John Burgess, declare:

1. I am counsel of record for Plaintiffs-Appellees and submit this declaration in support of the foregoing motion.

2. During the week preceding the October 1, 2026 rehearing deadline, I was ill and out of the office and was unable to work for much of that period. The illness was unanticipated.

3. As a result, I lost a substantial portion of the fourteen-day rehearing period. I have now resumed work and am continuing to review the panel opinion, the district court's orders, the appellate record, and the authorities potentially relevant to rehearing, and to consult with Plaintiffs and co-counsel.

4. This is Plaintiffs' first request to extend the rehearing deadline, and the request is not made for delay. If Plaintiffs decide to seek rehearing, I expect to file the petition by October 15, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2026

**POST BURGESS**

*/s/ John Burgess*______________
John Burgess, OSB No. 106498
johnburgess@civilrightsoregon.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically filed the foregoing documents with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 1, 2026

**POST BURGESS**

*/s/ John Burgess*
Carl Post, OSB No. 061058
carlpost@civilrightsoregon.com
John Burgess, OSB No. 106498
johnburgess@civilrightsoregon.com
Tel: (971) 442-9303